IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

```
FILED
OCT 20 2020
CLERK, U.S. DISTRICT COURT
NORFOLK, VA
```

**JOSHUA LEE GILSON,**

        Petitioner,

v.                                      Criminal No. 2:18-cr-4

**UNITED STATES OF AMERICA,**

        Respondent.

*MEMORANDUM OPINION AND ORDER*

Before the Court is Joshua Gilson's ("Petitioner") *pro se* Motion to Vacate, Set Aside or Correct a Sentence, pursuant to 28 U.S.C. § 2255 ("§ 2255 Motion"). ECF No. 33. The Government opposed the Motion and Petitioner replied. ECF Nos. 46, 48. Having reviewed the motion and filings, this Court finds that a hearing is not necessary to address Petitioner's motion. *See* 28 U.S.C. § 2255(c). For the reasons set forth below, Petitioner's § 2255 Motion is **DISMISSED**.

The Court finds that Petitioner's Motion is moot because Petitioner's sentence regarding the offense in Petitioner's § 2255 Motion was reduced to time served on September 30, 2020. ECF No. 54. Petitioner was released from BOP custody on October 8, 2020.

The Court also **DIRECTS** the Clerk to send a copy of this Order to Petitioner and to the United States Attorney.

**IT IS SO ORDERED.**

Norfolk, Virginia
October 20, 2020

Raymond A. Jackson
**United States District Judge**

1